J. Andrew Sjoblom, #10860
Steven M. Lau, #13788
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT  84101
Telephone:  801-799-5800
Fax:  801-799-5700

*Attorneys for Plaintiff Sierra Nevada Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| SIERRA NEVADA CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>AEROMECHANICAL SERVICES, LTD.,<br><br>Defendant. | **JURY DEMAND**<br><br>Case No. 2:11cv01092<br><br>Judge Dee Benson |
| AEROMECHANICAL SERVICES, LTD.,<br><br>Counterclaimant,<br><br>vs.<br><br>SIERRA NEVADA CORPORATION,<br><br>Counterclaim-Defendant. | |

Plaintiff and counterclaim-defendant Sierra Nevada Corporation ("SNC"), by and through its counsel, Holland & Hart LLP, hereby demands a trial by jury on any and all issues so triable.

Dated: July 26, 2012.

                              Respectfully submitted,

                              HOLLAND & HART LLP

                              /s/ J. Andrew Sjoblom
                              J. Andrew Sjoblom
                              Steven M. Lau
                              HOLLAND & HART LLP
                              222 S. Main Street, Suite 2200
                              Salt Lake City, UT 84101

                              ***Attorneys for Plaintiff Sierra Nevada Corporation***

# CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2012 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

Stephen E.W. Hale
Parr Brown Gee & Loveless
185 S. State St., Ste. 800
Salt Lake City, UT 84111

/s/    Tish Howell

5698352_1.DOCX