Stephen E. W. Hale (5285)
Matthew J. Ball (9414)
PARR BROWN GEE & LOVELESS, P.C.
185 South State Street, Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7840

*Attorneys for Defendant Aeromechanical Services, Ltd.*

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

JUN 24 2014

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SIERRA NEVADA CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>AEROMECHANICAL SERVICES, LTD.,<br><br>Defendant. | **ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Civil No. 2:11cv01092<br><br>Judge Dee Benson |

Upon consideration of the Joint Motion and Stipulation to Dismiss with Prejudice (the "Motion") filed by plaintiff Sierra Nevada Corporation ("SNC") and defendant Aeromechanical Services, Ltd. ("Aeromechanical"), having determined that good cause is shown, and being fully advised in the premises, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Court hereby Orders, Adjudges, and Decrees as follows:

1. The Motion is hereby Granted;

2. All claims each party has asserted against the other in the above-captioned lawsuit are hereby dismissed with prejudice and on the merits.

3. The plaintiff and defendant shall each bear its own attorneys' fees and costs.

DATED this 23rd day of June, 2014.

BY THE COURT:

_____
Honorable Dee Benson

**IT IS SO STIPULATED:**

PARR BROWN GEE & LOVELESS, P.C.

By: /s/ Stephen E. W. Hale
    Stephen E. W. Hale
    Matthew J. Ball
    *Attorneys for Defendant*

HOLLAND & HART LLP

By: /s/ J. Andrew Sjoblom
    (Signed by filing attorney with
    permission of J. Andrew Sjoblom)
    J. Andrew Sjoblom
    Steven M. Lau
    *Attorneys for Plaintiff*